# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

### NO. 7:19-CR-149-1FL

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **ORDER** |
| **ENRIQUE TYREEK WILLIAMS** | |

Upon consideration of the motion for revocation [D.E. 146], Enrique Tyreek Willams's knowing and voluntary waiver of a hearing on the same, and the parties' joint motion for a revocation sentence of one year and one day, and for good cause shown, the Court hereby **GRANTS** the parties' joint motion.

Based on Williams's admission to Violation 2 and the Government's uncontested factual proffer as to Violation 1, the Court finds as a fact that he has violated the terms and conditions of the judgment as follows:

1. Criminal conduct
2. Possession of unapproved electronic devices

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of one year and one day, with no supervision to follow. The Court recommends that Mr. Williams serve his time at Butner.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Order and same shall serve as the commitment herein.

This, the 11th day of June, 2026.

LOUISE W. FLANGAN
United States District Judge